March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

                ,   Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)
21 MAG 3643

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence


/s/ Paul Fishbein /by Neil Kelly
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*/s/ Neil Kelly*
_____
Defense Counsel's Signature

_____
Print Defendant's Name

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
Date

_____
U.S. Magistrate Judge