ORIGINAL

UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

            - v -

                                  **21 Mag 3643 (SDA)**

**PAUL FISHBEIN,**                            ORDER

                    Defendant.
-------------------------------X

    Upon the application of the above-captioned defendant, **PAUL FISHBEIN**, by and through his attorney, Neil Kelly, Esq. of the Federal Defenders of New York, and with the consent of Sarah Kushner, Esq., on behalf of the Government;

    **IT IS ORDERED** that the above captioned defendant, PAUL FISHBEIN, Federal Register Number 38428-509, currently incarcerated at the Essex County Correctional Facility, be released **by 5:00 P.M.**, to transportation to be provided by his counsel. Signature on the bond will be completed on Mr. Fishbein's behalf by counsel. Location monitoring is to be installed on Monday, April 12, 2021 by Pre-Trial Services.

                                        **SO ORDERED:**

                                        _/s/ Stewart D. Aaron_
                                        **HONORABLE STEWART D. AARON**
                                        United States Magistrate Judge

Dated:     April 9, 2021
              New York, New York